IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-117-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES CALVIN BREEDEN | ) | |
| | ) | |

This matter is before the court on defendant's 3 August 2020 notice filed in response to the court's 31 July 2020 order. (DE # 63.) It appears that defendant, after consultation with counsel, wishes to proceed with his sentencing, currently set for 24 August 2020, by video or teleconference. It is not evident from the notice or the record in the case the specific reasons why sentencing cannot be further delayed without serious harm to the interests of justice, see Standing Order No. 20-SO-9-1 (E.D.N.C. July 13, 2020), or the government's position on the matter. Accordingly, on or before 7 August 2020, defendant shall file a supplement to his notice with such information.

This 4 August 2020.

_____
W. Earl Britt
Senior U.S. District Judge